FILED

06 SEP -1 AM 10: 57

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

PDL

BY:                      DEPUTY

cal ERS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Laura Elshire, | ) Civil No.06cv0278 W (AJB) |
| Petitioner, | ) |
| v. | ) Order Granting Voluntary |
| | ) Dismissal of Unexhausted Claim |
| Dawn Davison, Warden, | ) [ Doc. No. 4] |
| Respondent. | ) |

In response to this Court's Order of February 15, 2006, notifying Petitioner of the possible dismissal of the Petition for failure to exhaust state court remedies, Petitioner filed a Pleading Abandoning Unexhausted Claim on March 2, 2006, effectively choosing option three from the Court's February 15, 2006 Order. Respondent has not filed a Reply. The Court hereby GRANTS Petitioner's request to abandon her unexhausted claim 3 and notes that this Court's February 15, 2006 Order warned Petitioner of the consequences of claim abandonment.[1]

IT IS SO ORDERED.

Dated: 8/30/06

ANTHONY J. BATTAGLIA
United States Magistrate Judge

cc: Judge Whelan
    All Counsel of Record

---

[1] By formally abandoning the unexhausted claim, petitioner should be barred from ever raising these claims in any federal court. *See Rose v. Lundy*, 455 U.S. 509, 521 (1982)("a prisoner who decides to proceed only with his exhausted claims and deliberately sets aside his unexhausted claims risks dismissal of subsequent federal petitions"); Rule 9(b), Rules Governing Proceedings in the United States District Courts under 28 U.S.C. § 2254 cases.