FILED

06 OCT 31 AM 9:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ELSHIRE,<br><br><br>Petitioner,<br>v.<br><br>DAWN DAVISON, Warden,<br><br><br>Respondent. | CASE NO.06-CV-278<br><br><br>**ORDER ADOPTING REPORT & RECOMMENDATIONS** |

On February 3, 2006, Petitioner commenced this action challenging her state court conviction under 28 U.S.C. § 2254 in the U.S. District Court for the Central District of California. The case was transferred to this Court three days later. On June 26, Respondent filed a motion to dismiss the petition. On referral, the Hon. Anthony J. Battaglia issued a Report and Recommendation ("Report") suggesting that the Court dismiss the petition. Petitioner had until October 13, 2006, to file an objection. To date, neither party has submitted an objection or requested additional time. Accordingly, the Court **ADOPTS** the Report and **DISMISSES** the petition for the reasons explained therein.

1  The duties of a district court in connection with a magistrate judge's Report and
2  Recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure
3  and 28 U.S.C. § 636. The district court "must make a de novo determination of those
4  portions of the report . . . to which objection is made," and "may accept, reject, or
5  modify, in whole or in part, the findings or recommendations made by the magistrate."
6  28 U.S.C. § 636(b)(1)(c); United States v. Raddatz, 447 U.S. 667, 676 (1980); see also
7  Thomas v. Arn, 474 U.S. 140, 150(1985). When no objections are filed, however, the
8  district court need not review the magistrate judge's report and recommendation.
9  Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that
10 the district court had no obligation to review a report); see also United States v.
11 Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc) (holding that 28 U.S.C.
12 § 636(b)(1)(c) "makes it clear that the district judge must review the magistrate judge's
13 findings and recommendations de novo *if objection is made*, but not otherwise").

14 Here, Petitioner has tendered no objections to the Report nor requested an
15 extension of time in which to do so. The Court therefore accepts Judge Battaglia's
16 recommendation and **ADOPTS** the Report in its entirety. For the reasons stated in the
17 Report, which is incorporated herein by reference, the Court **GRANTS** Respondent's
18 motion to dismiss and **DISMISSES** the case in its entirety. The district court clerk
19 shall close the district court case file.

20

21 **IT IS SO ORDERED.**

22

23 DATE: October 30, 2006

24

25 HON. THOMAS J. WHELAN
United States District Court
26 Southern District of California

27

28 CC:  ALL PARTIES
HON. ANTHONY J. BATTAGLIA

-2-

06cv278